**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**LINDA STOKES**                                                                **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:07-CV-624-HTW-LRA**

**ASBURY AUTOMOTIVE MISSISSIPPI, LLC**
**D/B/A GRAY-DANIELS AUTOMOTIVE FAMILY**
**D/B/A YAZOO MOTOR COMPANY**                            **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COME NOW, the parties to this litigation, Defendant, Asbury Automotive Mississippi, L.L.C. d/b/a Gray-Daniels Automotive Family d/b/a Yazoo Motor Company and Plaintiff, Linda Stokes and files this, their Agreed Order of Dismissal With Prejudice with regard to the captioned litigation. The parties move this Honorable Court to dismiss with prejudice herein any and all claims brought by Plaintiff, Linda Stokes against Defendant, Asbury Automotive Mississippi, L.L.C. d/b/a Gray-Daniels Automotive Family d/b/a Yazoo Motor Company in the premises.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the claims of the Plaintiff, Linda Stokes against Defendant, Asbury Automotive Mississippi, L.L.C. d/b/a Gray-Daniels Automotive Family d/b/a Yazoo Motor Company in the captioned matter, including any claims set forth in the related arbitration, be and the same are hereby dismissed, with prejudice, each party to bear its own costs.

SO ORDERED, this 29th day of July, 2009.

                                                       s/ HENRY T. WINGATE
                                                       CHIEF UNITED STATES DISTRICT JUDGE

**AGREED:**

*s/Louis H.Watson, Jr.*
LOUIS H. WATSON, JR., ESQ.
LOUIS H. WATSON, JR., P.A.
520 East Capitol Street
Jackson, Mississippi 39201
*One of the Attorneys for Plaintiff*

*s/Michael J. Malouf*
MICHAEL J. MALOUF, ESQ.
MALOUF & MALOUF
501 East Capital Street
Jackson, MS 39201
*One of the Attorneys for Plaintiff*

*s/Doris T. Bobadilla*
DORIS T. BOBADILLA, ESQ.
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1213 31st Avenue
Gulfport, Mississippi 39501
*Attorneys for Asbury Automotive Mississippi, L.L.C.*
*d/b/a Gray-Daniels Automotive Family d/b/a Yazoo Motor Company*

**CIVIL ACTION NO. 3:07-CV-624-HTW-LRA**
**AGREED ORDER OF DISMISSAL WITH PREJUDICE**